# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Ronald Meyer, | ) | |
| | ) | **ORDER ADOPTING** |
| Plaintiff, | ) | **STIPULATION TO AMEND** |
| | ) | **SCHEDULING/DISCOVERY PLAN** |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, a corporation, | ) | Case No. 4:12-cv-132 |
| | ) | |
| Defendant. | ) | |

Before the court is a Stipulation to Amend Scheduling/Discovery Plan filed July 24, 2013. The court **ADOPTS** the stipulation (Docket No. 13) and **AMENDS** the Scheduling/Discovery Plan as follows:

1. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    A. Plaintiff by **November 1, 2013**.

    B. Defendant by **December 16, 2013**.

5. The parties shall have until **January 31, 2014**, to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 25th day July, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge